ORDERED.

Dated:  August 08, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

Richard Seth Tannenbaum,    Case No. 8:24-bk-02507-RCT
                            Chapter 11, Subchapter V

        Debtor.

_____/

### ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS

THIS CASE is considered, without a hearing, upon the Debtor's *Motion to Compel Production of Documents [ECF 59] Related to the Reorganization Caused by Honey Dew Donuts and Selling Shareholder Mr. Richard Bowen [ECF 80]* (Doc. 88) (the "Motion"). Debtor seeks an order compelling BRI, Inc., Richard J. Bowen, Bowen Investments, Inc., Honey Dew Associates, Inc., Honey Dew Operations, Inc. (the "Bowen Parties") to respond to a request for documents propounded under Rule 2004 of the Federal Rules of Bankruptcy Procedure on July 1 (Doc. 50) (the "Documents Request"). Debtor asserts that the Bowen Parties served him with responses and objections to the Documents Request but produced no actual documents.[1]

Though it fails to reference the rule expressly, the Motion seeks relief under Rule 37 of

---

[1] Motion ¶ 9.

the Federal Rules of Civil Procedure ("Rule 37")[2].  But the Motion, as a Rule 37 motion, is facially deficient as it fails to include a certification that Debtor conferred or attempted to confer in good faith with counsel for the Bowen Parties.  Rule 37(a)(1); *see also* Local Rule 7026-1(d).  The Motion must therefore be denied.

Though no matter is presently set for trial in the case, the parties are advised to heed the Court's standard directive in its trial orders regarding discovery disputes.  In the event of a discovery dispute, the parties must first meet and confer in good faith to resolve the matter.  This means that the parties must strictly comply with the guidelines set forth on the Court's website: www.flmb.uscourts.gov/judges/colton/documents/MeetandConferGuidlines.pdf.

It is therefore **ORDERED** that the Motion (Doc. 88) is **DENIED**.

Clerk's Office to serve Debtor by mail; other interested parties will be served by CM/ECF.

---

[2] Rule 37 is made applicable here by Fed. R. Bankr. P. 7037 and 9014(c).