ORDERED.

Dated:  August 19, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

Richard Seth Tannenbaum,

      Debtor.

Case No. 8:24-bk-02507-RCT
Chapter 11, Subchapter V

### ORDER DENYING MOTION FOR DISCOVERY AS MOOT

THIS CASE is considered, without a hearing, upon the Debtor's *Motion for Discovery Regarding Proof of Claim[s]* (Doc. 82) (the "Motion").  Debtor seeks an order authorizing him to serve BRI, Inc., Richard J. Bowen, Bowen Investments, Inc., Honey Dew Associates, Inc., Honey Dew Operations, Inc. (the "Bowen Parties") with interrogatories, requests for admissions, and request for documents relative to the Bowen Parties' proofs of claim.  Local Rule 7026-1(b) provides, *inter alia*, that unless the Court orders otherwise, parties to a contested matter "may commence discovery immediately after service of the paper initiating the contested matter . . .."  As he indicates in the Motion, Debtor has commenced two contested matters relative to the Bowen Parties' claims, and as is clear from the record, no order has been entered that would otherwise alter the effect of Local Rule 7026-1(b).  Accordingly, the Motion (Doc. 82) is unnecessary and therefore moot.[1]

    It is **SO ORDERED**.

Clerk's Office to serve Debtor by mail; other interested parties will be served by CM/ECF.

---

[1] To be clear, the Court makes no determination other than the Motion is unnecessary in light of the local rule. The Court does not opine on the substance or merits of the discovery requests Debtor seeks to propound.